

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On September 28, 2018, appellant filed a motion to supplement the reporter's record. On October 5, 2018, in response to appellant's motion, this court entered an order requiring the trial court to conduct a hearing to resolve issues concerning the reporter's record and file supplemental clerk's and reporter's records addressing those issues. The October 5 order abated all appellate filing dates pending further order from this court.

A supplemental reporter's record was filed on December 4, 2018, and a supplemental clerk's record containing the trial court's findings of fact was filed on December 10, 2018. In light of these filings, it is ORDERED that this appeal is REINSTATED on this court's docket. Appellant's brief must be filed in this court no later than thirty (30) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.



Keith E. Hottle
Clerk of Court